FILED
Jun 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KATHERINE M. LLOYD-LOVETT (CABN 276256)
   Assistant United States Attorney
5
         1301 Clay Street, Suite 340S
6        Oakland, California 94612
         Telephone: (510) 637-3680
7        FAX: (510) 637-3724
         katherine.lloyd-lovett@usdoj.gov
8

9  Attorneys for United States of America

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,            )  CASE NO. 4:20-MJ-70771-MAG
                                         )
14        Plaintiff,                     )  UNITED STATES' MOTION TO UNSEAL
                                         )  COMPLAINT AND DOCKET AND [PROPOSED]
15     v.                                )  ORDER
                                         )
16  ROBERT ALVIN JUSTUS, JR.,            )  [UNDER SEAL]
                                         )
17        Defendants.                    )
                                         )
18

19
          The United States respectfully moves the Court to unseal *United States v. Robert Alvin Justus,*
20
   *Jr.* (Case No. 4:20-MJ-70771-MAG) and the Complaint in that matter.  The United States requests that
21
   the Court order the unsealing effective at 9:30 a.m. on June 16, 2020.
22
   DATED: June 15, 2020                         Respectfully submitted,
23
                                                DAVID L. ANDERSON
24                                              United States Attorney

25

26                                              _/s/ Katherine M. Lloyd-Lovett
                                                KATHERINE M. LLOYD-LOVETT
27                                              Assistant United States Attorney

28

MOTION TO UNSEAL AND [PROPOSED] ORDER
4:20-MJ-70771 MAG

1 **[PROPOSED] ORDER**

2   Based on the foregoing request, the Court hereby **ORDERS** that the docket and Complaint in
3 *United States v. Robert Alvin Justus, Jr.* (Case No. 4:20-MJ-70771-MAG) shall be unsealed, effective at
4 9:30 a.m. on June 16, 2020.

5   **IT IS SO ORDERED**.

7 Dated: June __15__, 2020

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

MOTION TO UNSEAL AND [PROPOSED] ORDER
4:20-MJ-70771 MAG